IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JOSE SKAINS,

        Plaintiff,                     CV F 04 5960 OWW MW   P

  vs.                              ORDER RE MOTION (DOC 8 )

J. KLARICH, et al.,

        Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for appointment of counsel.  On November 27, 2006, an order was entered by the District Court, dismissing this action for Plaintiff's failure to prosecute.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel is denied as moot.

IT IS SO ORDERED.

**Dated:   December 18, 2006**                /s/  **William M. Wunderlich**
mmkd34                                        UNITED STATES MAGISTRATE JUDGE